**Julian CARR, Petitioner–Appellant,**

v.

**A.D. ROBINSON, Warden,
Respondent–Appellee.**

**Julian Carr, Petitioner–Appellant,**

v.

**Virginia Department of Corrections,
Respondent–Appellee.**

Nos. 00–6337, 00–6667.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 17, 2001.

Julian Carr, pro se.

Before NIEMEYER, WILLIAMS, and KING, Circuit JJ.

PER CURIAM.

In this consolidated appeal, Julian Carr seeks to appeal the district court's orders denying relief on his petitions filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and

the district court's opinions and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. *Carr v. Robinson,* Nos. CA–00–68–AM; CA–99–1483–AM (E.D.Va. Feb. 7, 2000; Apr. 19, 2000).* Carr's motion to consolidate is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Although the district court's orders were marked as "filed" on February 2, 2000, and April 18, 2000, respectively, the district court's records show that they were entered on the docket sheet on February 7, 2000, and April 18, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the orders were entered on the docket sheet that we take as the effective date of the district court's decisions. *Wilson v. Murray,* 806 F.2d 1232, 1234–35 (4th Cir. 1986).